```
                         United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                          Case No. 11-00022-ESL
   RESPICARE PROFESSIONAL SERVICES CSP                          Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3         User: moralesl              Page 1 of 1            Date Rcvd: Mar 28, 2011
                             Form ID: pdf002             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2011.
db         +RESPICARE PROFESSIONAL SERVICES CSP,   PMB 77 PO BOX 607071,   BAYAMON, PR 00960-7071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                    **Signature:** *Joseph Speetjens*

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                        THE DISTRICT OF PUERTO RICO

 IN RE:
                                          CASE NO. 11-00022 ESL
 RESPICARE PROFESSIONAL SERVICES          Chapter 11
 CSP



 XXX-XX1621


                                          FILED & ENTERED ON 03/28/2011

         Debtor
```

**O R D E R**

The court having considered the application of the debtor to employ attorney and declaration in support thereof, and it appearing that Lube & Soto Law Offices is a disinterested person and that the employment of said attorney is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ Lube & Soto Law Offices as attorney, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.[1]

SO ORDERED.

San Juan, Puerto Rico, this 28th day of March, 2011.

*Enrique S. Lamoutte Inclan*
U.S. Bankruptcy Judge

CC: DEBTOR
    TERESA M LUBE CAPO
    UST

---

[1] Note: The application must be based on .10 hour minimum billing increments.